B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Milos, Jamie L DDS** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Jamie L Lung; AKA Jamie L Milos-Lung; AKA Jamie L Milos DDS PC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-3876** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3402 N Trainer Rd**<br>**Rockford, IL**<br>ZIP Code **61114** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08) — Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Milos, Jamie L DDS** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Milos, Jamie L DDS** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Jamie L Milos, DDS**
Signature of Debtor   **Jamie L Milos, DDS**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 24, 2008**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

**X  /s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)
  **Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)
  **Bernard J. Natale, Ltd**
Firm Name
  **6833 Stalter Dr., Suite 201**
  **Rockford, IL 61108**
_____
Address

  **Email: natalelaw@bjnatalelaw.com**
  **(815) 964-4700  Fax: (815) 227-5532**
Telephone Number

  **June 24, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jamie L Milos, DDS**  
Debtor(s)

Case No. _____  
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jamie L Milos, DDS**
                                 **Jamie L Milos, DDS**

Date:  **June 24, 2008**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jamie L Milos, DDS**   Case No. _____

Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AdvanceMe, Inc<br>600 TownPark Lane, Suite 500<br>Kennesaw, GA 30144 | AdvanceMe, Inc<br>600 TownPark Lane, Suite 500<br>Kennesaw, GA 30144 | Business purchases | | 21,869.00 |
| Align Technology, Inc<br>881 Martin Ave<br>Santa Clara, CA 95050 | Align Technology, Inc<br>881 Martin Ave<br>Santa Clara, CA 95050 | Business purchases | | 5,766.00 |
| American Express<br>% Beckett and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Express<br>% Beckett and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Business credit card | | 9,995.00 |
| Bank of Amerca, NA<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Bank of Amerca, NA<br>PO Box 15184<br>Wilmington, DE 19850-5184 | Business credit card purchases | | 18,759.28 |
| Bank of Amerca, NA<br>PO Box 809136<br>Chicago, IL 60680-9121 | Bank of Amerca, NA<br>PO Box 809136<br>Chicago, IL 60680-9121 | 2nd Mortgage 1334 E State St, Rockford, IL & All assets of Jamie L Milos DDS PC & 3rd Mortgage 3402 NTrainer Rd, Rockford, IL | | 348,150.00 (450,000.00 secured) (151,284.11 senior lien) |
| Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Business credit card purchases | | 48,675.00 |
| Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Bank of America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Business credit card purchases | | 40,956.00 |
| Capital One<br>PO Box 5294<br>Carol Stream, IL 60197-5294 | Capital One<br>PO Box 5294<br>Carol Stream, IL 60197-5294 | Business credit card purchases Credit card purchases | | 2,114.00 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Business credit card purchases | | 7,110.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Jamie L Milos, DDS**                                    Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Chase** PO Box 1598 Wilmington, DE 19886-5153 | **Chase** PO Box 1598 Wilmington, DE 19886-5153 | **Business credit card purchases** | | 22,788.00 |
| **FIA Card Services, NA** 655 Papermill Rd Wilmington, DE 19884 | **FIA Card Services, NA** 655 Papermill Rd Wilmington, DE 19884 | **Business credit card purchases** | | 90,276.00 |
| **Hootman Dental Laboratory, Inc** 321 N 4th St Rockford, IL 61107 | **Hootman Dental Laboratory, Inc** 321 N 4th St Rockford, IL 61107 | **Business purchases** | | 19,022.77 |
| **JC Penny** PO Box 960090 Orlando, FL 32896-0090 | **JC Penny** PO Box 960090 Orlando, FL 32896-0090 | **Credit card purchases** | | 4,479.00 |
| **National City** PO Box 856176 Louisville, KY 40285-6176 | **National City** PO Box 856176 Louisville, KY 40285-6176 | **Business credit card purchases** | | 27,208.68 |
| **Patterson Dental Supply, Inc** 1226 Michael Dr, Suite G Wood Dale, IL 60191-1056 | **Patterson Dental Supply, Inc** 1226 Michael Dr, Suite G Wood Dale, IL 60191-1056 | **Business purchases** | | 12,764.00 |
| **Retail Services** PO Box 17264 Baltimore, MD 21297-1264 | **Retail Services** PO Box 17264 Baltimore, MD 21297-1264 | **Credit card purchases Bergners** | | 1,682.00 |
| **Rockford Health System** 2400 N Rockton Ave Rockford, IL 61103 | **Rockford Health System** 2400 N Rockton Ave Rockford, IL 61103 | **Medical services** | | 1,277.00 |
| **Sears Cardmember Services** PO Box 6286 Sioux Falls, SD 57117-6286 | **Sears Cardmember Services** PO Box 6286 Sioux Falls, SD 57117-6286 | **Credit card purchases** | | 3,157.00 |
| **Staff Management, Inc** 5919 Spring Creek Rd Rockford, IL 61114-6447 | **Staff Management, Inc** 5919 Spring Creek Rd Rockford, IL 61114-6447 | **716-718 Highland Ave, Rockford, IL - resulting from judgment on business account** | | 80,846.13 (130,000.00 secured) (115,281.00 senior lien) |
| **Sullivan-Schein Dental** 135 Duryea Rd Melville, NY 11747-3824 | **Sullivan-Schein Dental** 135 Duryea Rd Melville, NY 11747-3824 | **Business purchases** | | 7,262.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Jamie L Milos, DDS**                              Case No.
_____                                  _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Jamie L Milos, DDS**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 24, 2008**                    Signature   **/s/ Jamie L Milos, DDS**
                                                        **Jamie L Milos, DDS**
                                                        Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AdvanceMe, Inc
600 TownPark Lane, Suite 500
Kennesaw, GA 30144

Bankers Healthcare Group, Inc
1840 Main St, Suite 202
Weston, FL 33326

Fulbright & Associates, PC
PO Box 1510
Rockford, IL 61110-0010

Align Technology, Inc
881 Martin Ave
Santa Clara, CA 95050

Capital One
PO Box 5294
Carol Stream, IL 60197-5294

GE Healthcare Financial Services
PO Box 414418
Boston, MA 02241-4418

American Express
% Beckett and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Captial One
PO Box 30285
Salt Lake City, UT 84130-0285

Hootman Dental Laboratory, Inc
321 N 4th St
Rockford, IL 61107

Axis Capital, Inc
1818 Market St, 9th Floor
Philadelphia, PA 19103

Chase
PO Box 1598
Wilmington, DE 19886-5153

Jamie L Milos as Trustee
1334 E State St
Rockford, IL 61104

Axis Capital, Inc
PO Box 643172
Cincinnati, OH 45264-3172

Chase
PO Box 15298
Wilmington, DE 19850-5298

Jamie L Milos DDS PC
1334 E State St
Rockford, IL 61104-2228

Banc of America Practice Solutiona
PO Box 809121
Chicago, IL 60680-9121

Chase Home Finance LLC
1820 E Sky Harbor Cr, S.
Phoenix, AZ 85034-9701

Jamie Milos as Trustee
1334 E State St
Rockford, IL 61104

Bank of Amerca, NA
PO Box 809136
Chicago, IL 60680-9121

Clark Hill PLC
150 N Michigan, Suite 2400
Chicago, IL 60601

JC Penny
PO Box 960090
Orlando, FL 32896-0090

Bank of Amerca, NA
PO Box 15184
Wilmington, DE 19850-5184

Creditors Interchange
80 Holtz Dr
Buffalo, NY 14225

JC Penny
PO Box 981425
El Paso, TX 79998

Bank of America
PO Box 15102
Wilmington, DE 19886-5102

FIA Card Services, NA
655 Papermill Rd
Wilmington, DE 19884

Kropik, Papuga & Shaw
120 S LaSalle St
Chicago, IL 60603

Bank of America, NA
2740 Airport Dr, Suite 300
Columbus, OH 43219

Franks Gerkin & McKenna, PC
19333 E GRant Hwy
Marengo, IL 60152

Macys
Collection Department
111 Boulder Industrial Drive
Bridgeton, MO 63044

Mark Lung
3402 N Trainer Rd
Rockford, IL 61114-5696

Sears Cardmember Services
PO Box 6286
Sioux Falls, SD 57117-6286

WF Houston, Inc d/b/a AFTCO As
207 Morning Star Ct
Stillman Valley, IL 61084

National City
PO Box 856176
Louisville, KY 40285-6176

Southwest Credit
13750 San Pedro, Suite 150
San Antonio, TX 78232

WilliamsMcCarthy LLP
120 W State St, Suite 400
Rockford, IL 61105-0219

Patterson Dental Supply, Inc
1226 Michael Dr, Suite G
Wood Dale, IL 60191-1056

Staff Management, Inc
5919 Spring Creek Rd
Rockford, IL 61114-6447

Zwicker & Associates, PC
80 Minuteman Rd
Andover, MA 01810-1031

Pentech Financial Services, Inc
PO Box 712492
Cincinnati, OH 45271

Sullivan-Schein Dental
135 Duryea Rd
Melville, NY 11747-3824

Philips DAP
PO Box 847569
Dallas, TX 75284-7569

Thompson Coburn LLP
55 E Monroe St, 40th Floor
Chicago, IL 60603

Retail Services
PO Box 17264
Baltimore, MD 21297-1264

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197

Rockford Health System
2400 N Rockton Ave
Rockford, IL 61103

US Bank
PO Box 790167
Saint Louis, MO 63179-0167

Sarah E Tesconi, Esq
165 Fell St
San Francisco, CA 94102

Wells Fargo Bank, NA
PO Box 4233
Portland, OR 97208-4233

Saxon Mortgage
PO Box 161489
Fort Worth, TX 76161-1489

Wells Fargo Bank, NA
PO Box 54780
Los Angeles, CA 90054-0780

Saxon Mortgage Services, Inc
PO Box 792667
San Antonio, TX 78279

Wells Fargo Home Mortgage
PO Box 660455
Dallas, TX 75266-0455